DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| Turner v. Ellis<br><br>Case below:<br>179 N.C. App. 357 | No. 537P06 | Def's PDR Under N.C.G.S. § 7A-31 (COA05-1527) | Denied 03/08/07<br><br>**Hudson, J., Recused** |
|---|---|---|---|
| Wendt v. Thomas<br><br>Case below:<br>174 N.C. App. 368 | No. 486A06 | Plt-Appellant's NOA (Constitutional Question) (COA04-1651) | Dismissed *ex mero motu* 03/08/07 |
| Wendt v. Thomas<br><br>Case below:<br>174 N.C. App. 368 | No. 486P06-2 | Plt's PWC to Review the Decision of the COA (COA04-1651) | Denied 05/03/07 |
| Whitaker v. Whitaker<br><br>Case below:<br>181 N.C. App. 609 | No. 120P07 | Plt's PDR Under N.C.G.S. § 7A-31 (COA06-465) | Denied 05/03/07 |
| Womack Newspapers, Inc. v. Town of Kitty Hawk<br><br>Case below:<br>181 N.C. App. 1 | No. 082P07 | 1.  Defs' (Harris, et al.) PDR Under N.C.G.S. § 7A-31 (COA05-1650)<br><br>2.  Defs' (Harris, et al.) Motion to Withdraw Petition | 1. ——<br><br>2. Allowed 03/08/07 |

PETITIONS TO REHEAR

| Bio-Medical Applications of N.C., Inc. v. N.C. Dep't of Health & Human Servs.<br><br>Case below:<br>361 N.C. 229 | No. 549A06-2 | Plt's Petition for Rehearing (COA05-294) | Denied 05/02/07 |
|---|---|---|---|